## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

CHRISCHINA HYDRICHE
MOUNDZOLO MOUKONO,

    Petitioner,

v.

MARKWAYNE MULLIN et al.,

    Respondents.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CIV-26-891-SLP

## ORDER

Petitioner filed a status report/update on June 25, 2026. Doc. 12. Petitioner states in the submission that an Immigration Judge (IJ) granted her asylum application on June 12, 2026, thus concluding her removal proceedings. *Id.* at 1-2 & Att. 1. Although the IJ granted her asylum, Petitioner states Respondents are still holding her in detention.

The Court **ORDERS** Respondents to file a notice as to the status of Petitioner's detention no later than 5:00 p.m. on Wednesday, July 1, 2026.

**SO ORDERED** this 29th day of June, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE