# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   July 6, 2026

|  |  |  |
|---|---|---|
| CHRISCHINA HYDRICHE MOUNDZOLO MOUKONO, | ) ) ) | |
| Petitioner, | ) ) | |
| -vs- | ) ) | Case No. CIV-26-891-SLP |
| ROBERT CERNA, Acting Field Office Director, et al., | ) ) ) ) | |
| Respondents. | ) ) | |

ENTER ORDER:

Given the nature of these proceedings, the Court shortens the deadline to file any optional response to an objection to the Report and Recommendation [Doc. No. 15] to three (3) business days after the objection is filed.   *See* Fed. R. Civ. P. 72(b)(2).

By direction of Chief Judge Scott L. Palk, we have entered the above enter order.

Joan Kane, Clerk of Court


By:_____s/ Lori Gray_____
                    Deputy Clerk